

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MATTHEW CASAUS, | § | |
| | | No. 08-12-00152-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 362nd District Court |
| THE STATE OF TEXAS, | § | |
| | | of Denton County, Texas |
| Appellee. | § | |
| | | (TC# F-2011-0123-D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be modified by deleting the order requiring Appellant to reimburse court-appointed attorney's fees. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF AUGUST, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.